UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81095-CIV-KAM

Alma-Mater Collections, Inc.,

Plaintiff,

v.

Crossroads Financial, LLC,

Defendant,
_____/

Crossroads Financial, LLC,

Defendant/Counterclaim Plaintiff,

v.

Alma-Mater Collections, Inc.,
Plaintiff/Counterclaim Defendant,
and Jenna Lee Kimsey Meharg and
DressU, LLC,

Third-Party Defendants.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Defendant's Motion for Attorney's Fees and Costs (DE 302).

THIS MATTER was referred to the Honorable William Matthewman, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated November 30, 2023, has been filed, recommending that the district court award Crossroads Financial, LLC ("Crossroads") $167,370.50 in attorney's fees (DE 308).

The Court has conducted a *de novo* review of the entire file, the record herein and notes that no objections have been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1) The Report (DE 308) is **AFFIRMED**.

2) Defendant's Motion for Attorney's Fees and Costs (DE 302) is **GRANTED** in the amount of $167,370.50.

3) The Court will separately issue Judgment.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of January, 2024.

KENNETH A. MARRA
United States District Judge