UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81095-CIV-KAM

Alma-Mater Collections, Inc.,

Plaintiff,

v.

Crossroads Financial, LLC,

Defendant,
_____/

Crossroads Financial, LLC,

Defendant/Counterclaim Plaintiff,

v.

Alma-Mater Collections, Inc.,
Plaintiff/Counterclaim Defendant,
and Jenna Lee Kimsey Meharg and
DressU, LLC,

Third-Party Defendants.
_____

## **ORDER**

THIS CAUSE comes before the Court upon Judgment Creditor Crossroads Financial, LLC's Motion for Contempt (DE 321).

THIS MATTER was referred to the Honorable William Matthewman, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated August 15, 2024, has been filed, recommending that the district court: (1) grant the Judgment Creditor's Motion for Contempt; (2) find the Judgment Creditor is entitled to an award of $1,732.50 in attorney's fees and costs against all three Judgment Debtors jointly and severally;

1

(3) find that the Judgment Debtors are in civil contempt; (4) impose a fine upon the Judgment Debtors of $200.00 per day until they purge themselves of the contempt and (5) issue an arrest warrant or writ of bodily attachment

On August 29, 2025, the Judgment Debtors filed a response to the Judgment Creditor's Response to Judgment Creditor's First Set of Interrogatories and Request for Production in Aid of Execution (DE 330).

The Court has conducted a *de novo* review of the entire file and the record herein and no objections have been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1) The Report is **AFFIRMED IN PART**. The Court affirms the award of attorney's fees and costs in the amount of $1,732.50.

2) The Court finds that the Judgment Debtors have made a good faith attempt to comply with their discovery obligations and therefore have **PURGED** their contempt. As a result, the motion for contempt is **DENIED.** In so ruling, the Court is not determining the sufficiency or adequacy of the discovery responses.

3) The Court will separately issue Judgment for attorney's fees and costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of September, 2024.

KENNETH A. MARRA
United States District Judge